### WAIT v. F. J. KALDENBERG CO.

(Supreme Court, General Term, First Department.    April 17, 1893.)

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
No opinion.    The proper papers not being before the court, case stricken from calendar, with leave to put upon new calendar, and to submit when proper papers printed.

---

(66 Hun, 632.)

### In re ACKERLY.

(Supreme Court, General Term, Second Department.    December. 1892.)

Proceeding against Frank L. Ackerly, an attorney.
No opinion.    Order that a copy of the charges be served on respondent, and that he answer the same at the next term of this court.

---

(66 Hun, 631.)

### MEURER v. VON KRORNER.

(Supreme Court, General Term, Second Department.    December 12, 1892.)

Action by George Meurer against Marie Von Krorner.
No opinion.    Judgment affirmed, for nonsubmission of papers under stipulation.

---

(66 Hun, 633.)

### PEOPLE ex rel. HASBROUCK v. BOARD OF SUP'RS OF DUTCHESS COUNTY.

(Supreme Court, General Term, Second Department.    December 12, 1892.)

No opinion.    Motion denied, with $10 costs.    See 18 N. Y. Supp. 302, 32 N. E. Rep. 242.
BARNARD, P. J., not sitting.